# An Update on Your Account Impact Review

Hi Jared,

Thanks so much for your patience as we evaluated the impact of the outage on your account. Based on our review, we're able to offer you a **goodwill credit of $75.00**.

**To accept this offer, please review and sign the agreement that will be sent to you from Robinhood via DocuSign, which includes reference to your incoming credit.**

Again, we really appreciate your patience throughout this process. If you have any questions about this, please contact us [here](.).

Sincerely,
The Robinhood Team



### Robinhood – Short-Form Release

Based on a review of the activity in your account(s) at Robinhood Financial LLC ("Robinhood") and any previous communication we may have had with you, we are

hereby offering you a one-time payment to your Account of $

in satisfaction of

_____

any and all alleged losses or claims you may have in connection with interruptions to

trading operations of Robinhood occurring on or about March 2, 2020, and/or March 3, 2020.



Robinhood offers this payment in full satisfaction of any alleged losses you may have experienced or claims you may have against Robinhood or any of its parents or affiliates and their respective employees and directors arising from or in any way related to the interruptions to trading operations referenced above, without any admission of liability. By signing below, you agree to release Robinhood with respect to any and all such alleged losses and claims as a condition of accepting the offered payment.

**CUSTOMER**

[Sign]

By: _____

Name: **Jared Ward**

_____

Date: **3/25/2020**



